

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-93,194-01

### IN RE STATE OF TEXAS EX REL. JAMES HUGGLER, Relator

## ON PETITION FOR A WRIT OF PROHIBITION
## IN CAUSE NOS. 2017-C-0268; 2017-C-0269
## IN THE 123ᴿᴰ DISTRICT COURT FROM PANOLA COUNTY

*Per curiam.* SLAUGHTER, J. dissented.

## O R D E R

Relator filed a petition for a writ of prohibition, pursuant to the original jurisdiction of this Court. On Friday, October 15, 2021, this Court stayed the trial proceedings scheduled to begin October 18, 2021 and ordered a response from the trial judge. *See In re State of Texas ex.rel. James Huggler*, Relator WR-93,194-01 (Tex. Crim. App. Oct. 15, 2021).

Relator has now filed a second motion for emergency relief stating that a plea hearing is scheduled in this cause for Monday, October 18, 2021. The motion requests that the Court clarify that all proceedings of any sort are stayed pending further order from this Court. The motion also requests that the Court order the Panola County District Clerk to discharge the jury panel summoned

for this case.

This Court has stayed the trial proceedings in this case. That stay includes all proceedings, including any pre-trial hearings, voir dire, jury proceedings, plea proceedings, or any other matter regarding this cause until further order of this Court. All other requests for relief in the second motion for emergency relief are hereby denied.

Filed: October 18, 2021
Do Not Publish